Thomas Marc Litton (SBN 119985)
tlitton@nydclaw.com
**SANFORD WITTELS & HEISLER, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone:  (415) 421-4774
Facsimile:   (415) 421-4784

Steven L. Wittels (N.Y. SBN 2004635) (*Pro Hac Vice* Admission Pending)
swittels@nydclaw.com
**SANFORD WITTELS & HEISLER, LLP**
1350 Avenue of the Americas, Suite 3100
New York, N.Y. 10019
Telephone: (646) 723-2947
Facsimile:  (646) 723-2948

Michael F. Ram (SBN 104805)
mram@ramolson.com
Karl Olson (SBN 104760)
kolson@ramolson.com
**RAM & OLSON LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 433-4949
Facsimile:  (415) 433-7311

*Attorneys for Plaintiffs Dorothy McCarthy, Sarndra McKnight,
and Janice Clifton and the FLSA and California Plaintiff Classes*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| DOROTHY MCCARTHY, SARNDRA MCKNIGHT, AND JANICE CLIFTON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> PLAINTIFFS, <br><br> v. <br><br> VALERO ENERGY CORPORATION, VALERO RETAIL HOLDINGS, INC., AND VALERO SERVICES, INC. <br><br> DEFENDANTS. | Case No. 3:09-cv-3646 MEJ <br><br> **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL** |

1    PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a),

2  Plaintiffs Dorothy McCarthy, Sarndra McKnight and Janice Clifton hereby voluntarily dismiss

3  without prejudice the above-captioned action.

4
                                                Respectfully submitted,
5

6  Dated: August 25, 2009            By:           /s/ ***Thomas Marc Litton***
                                                Thomas Marc Litton (SBN 119985)
7                                               tlitton@nydclaw.com
                                                **SANFORD WITTELS & HEISLER, LLP**
8                                               555 Montgomery Street, Suite 820
                                                San Francisco, CA 94111
9                                               Telephone:  (415) 421-4774
                                                Facsimile:   (415) 421-4784
10

11
                                                Steven L. Wittels (N.Y. SBN 2004635)
12                                                 (*Pro Hac Vice* Admission Pending)
                                                swittels@nydclaw.com
13                                              **SANFORD WITTELS & HEISLER, LLP**
                                                1350 Avenue of the Americas, Suite 3100
14                                              New York, N.Y. 10019
                                                Telephone: (646) 723-2947
15                                              Facsimile:  (646) 723-2948

16
                                                David Sanford (D.C. SBN 457933)
17                                                 (*Pro Hac Vice* Admission Pending)
                                                dsanford@nydclaw.com
18                                              **SANFORD WITTELS & HEISLER, LLP**
                                                1666 Connecticut Avenue, NW, Suite 310
19                                              Washington, D.C. 20009
                                                Telephone: (202) 742-7777
20                                              Facsimile:  (202) 742-7776

21
                                                Michael F. Ram (SBN 104805)
22                                              mram@ramolson.com
                                                Karl Olson (SBN 104760)
23                                              kolson@ramolson.com
24                                              **RAM & OLSON LLP**
                                                555 Montgomery Street, Suite 820
25                                              San Francisco, CA 94111
                                                Telephone: (415) 433-4949
26                                              Facsimile:  (415) 433-7311

27
                                                *Attorneys for Plaintiffs Dorothy McCarthy, Sarndra*
28                                              *McKnight, and Janice Clifton and the FLSA and*
                                                *California Plaintiff Classes*